McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN K. GRANISH,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. 2:04-CV-02702-KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the EAJA in the amount of TWO THOUSAND ONE HUNDRED FORTY SIX AND 10/100 DOLLARS ($2,146.10), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA.

EAJA Stip & Order - 04-02702-KJM                 1

1  Payment of the amount specified above shall constitute a
2  complete release from and bar to any and all claims of Plaintiff's
3  counsel relating to EAJA fees in connection with this action,
4  without prejudice to any future request for fees under the Social
5  Security Act, 42 U.S.C. § 406(b).
6
7  The parties further stipulate that Plaintiff's counsel shall
8  furnish to Defendant's counsel, and Defendant's counsel shall
9  maintain, a facsimile of this stipulation bearing counsel's
10 signature, and that Defendant shall e-file the document pursuant to
11 applicable local rules.

DATED: May 1, 2006          By:    /s/ John C. Willbrand
                                   JOHN C. WILLBRAND
                                   Attorney at Law

                                   Attorney for Plaintiff

DATED: May 2, 2006          McGREGOR W. SCOTT
                            United States Attorney
                            BOBBIE J. MONTOYA
                            Assistant U.S. Attorney

                            By:    /s/ Bobbie J. Montoya for
                                   JACQUELINE A. FORSLUND
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant

Of Counsel
Lucille Gonzales Meis
Chief Counsel, Region IX
U.S. Social Security Administration

/////
/////
/////
/////

EAJA Stip & Order - 04-02702-KJM            2

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE